transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

 In the Matter of CODY A.B., JR., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY B., Appellant. (Appeal No. 2.) [29 NYS3d 221]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 14, 2014 in proceedings pursuant to, inter alia, Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

 In the Matter of AUBREY R.B., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CODY B., Appellant. (Appeal No. 3.) [29 NYS3d 221]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered November 14, 2014 in proceedings pursuant to, inter alia, Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.

 In the Matter of WALTER M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MARIE W., Appellant. [29 NYS3d 221]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered November 17, 2014 in a proceeding pursuant to Family Court Act article 10. The order, among other things, granted petitioner's motion that reasonable efforts are not required to be made to reunify respondent with the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (see generally Matter of Alaysha M. [Agustin M.], 89 AD3d 1467, 1467 [2011]; Matter of Jaime S., 32 AD3d 1198, 1199 [2006]). Present—Centra, J.P., Peradotto, Carni, Curran and Troutman, JJ.